COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION TO MODIFY THE STYLE

Cause number and style:     Cause No. 01–13–00509–CV;  *Jose Luis Cardenas d/b/a J & S Body Shop v. Betty Wilson and Jeffery Wilson*

Date motion filed:     March 26, 2014

Party filing motion:     *Jose Luis Cardenas d/b/a J & S Body Shop*

There being no objection, it is **ordered** that appellant Jose Luis Cardenas's motion to modify the style of the case is granted.  Appellant Jose Luis Cardenas style is changed to  "Jose Luis Cardenas d/b/a J&S Body Shop".

Judge's signature: /s/ Jane Bland
                          Acting individually

Panel consists of:  Chief Justice Radack and Justices Bland and Huddle.

Date:  April 15, 2014